# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ROXANNE THOMAS, | ) | No. CV 07-8040-PLA |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: January 21, 2009

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE